IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Contract Packaging, Inc., :
:
      Plaintiff, :
:
  v. : CIVIL ACTION NO.
: 1:08-cv-03492-JOF
Central Garden & Pet Co., et al., :
:
      Defendants. :
:

**OPINION & ORDER**

On May 7, 2010, the parties in this case appeared in chambers for a hearing regarding Plaintiff's motion to seal and Defendants' motion to seal, both filed with this chambers pursuant to its revised case instructions. The court allowed the parties to seal some documents but not others. A more in depth discussion concerning the court's decision regarding the motions to seal can be found in the transcript of that hearing, as the transcript serves as the order of the court. On July 1, 2009, the court signed a stipulated protective order, which allowed the parties to designate certain documents as "confidential" or "highly confidential." Docket Entry [46]. The protective order states that "any party wishing to file documents and other information which has been produced" and designated as "confidential information" or "highly confidential information – attorney's eyes only" must file a motion

AO 72A
(Rev.8/82)

to seal with this court. *Id.* The parties have done so and, as previously stated, the court allowed some types of documents to be filed under seal but not others. As a result, the parties expressed interest in filing documents on the record that were designated as confidential pursuant to the protective order but which the court would not allow them to seal. In conjunction with their motions for summary judgment, Defendants' motion to exclude the expert opinion of Mark Zyla, and Defendants' motion to strike, if the parties file any document that the court did not allow to be filed under seal, the party filing the document will not violate the protective order solely because the document was previously designated "confidential" or "highly confidential" pursuant to the protective order. However, this order makes no other modifications to the protective order.

**IT IS SO ORDERED** this 13th day of May 2010.

/s   J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)